IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CV-296-D

| | | |
|---|---|---|
| SABRINA KENON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| N.C. DEPARTMENT OF CORRECTION, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

On March 13, 2009, the court heard oral argument concerning defendant North Carolina Department of Correction's ("DOC") motion to dismiss [D.E. 5]. The DOC contends that this court lacks subject-matter jurisdiction over plaintiff's Title VII sex discrimination claim because plaintiff allegedly failed to pursue state law remedies. See 42 U.S.C. § 2000e–5(c). For the reasons stated in open court, which are incorporated herein by reference, the court disagrees. The DOC's motion to dismiss [D.E. 5] is DENIED. See, e.g., Puryear v. County of Roanoke, 214 F.3d 514, 519–22 (4th Cir. 2000); Westry v. N.C. A&T State Univ., No. 1:01-CV-1129, 2002 WL 31769774, at *2 & n.1 (M.D.N.C. Sept. 9, 2002) (unpublished); see also N.C. Gen. Stat. § 126-36.

SO ORDERED. This **13** day of March 2009.

                                                                        JAMES C. DEVER III
                                                                        United States District Judge